UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ADERHOLT,<br><br>   Plaintiff,<br><br>   v.<br><br>JIM COOPER,<br><br>   Defendant. | No.  2:23-cv-01680-DAD-DB (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. Nos. 2, 5) |

Plaintiff Daniel Aderholt, proceeding *pro se*, initiated this civil action on August 11, 2023. (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 19, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to obey a court order and failure to prosecute this action.  (Doc. No. 5.)  In particular, on September 28, 2023, the court screened plaintiff's complaint, determined that plaintiff had failed to state a cognizable claim for relief, and granted plaintiff leave to file an amended complaint within twenty-eight (28) days from the date of service of that order.  (Doc. No. 4.)  To date, plaintiff has not filed an amended complaint or otherwise communicated with the court.  Accordingly, the pending findings and recommendations were served on plaintiff and contained notice that any

1  objections thereto were to be filed within fourteen (14) days after service.  (Doc. No. 5 at 2.)  To
2  date, no objections to the findings and recommendations have been filed, and the time in which to
3  do so has now passed.

4      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
5  *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the
6  findings and recommendations are supported by the record and by proper analysis.

7      Accordingly:

8      1.    The findings and recommendations issued on April 19, 2024 (Doc. No. 5) are
9      adopted in full;

10      2.    Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is denied as moot;

11      3.    This action is dismissed, without prejudice, due to plaintiff's failure to prosecute
12      this action and failure to obey a court order; and

13      4.    The Clerk of the Court is directed to close this case.

14      IT IS SO ORDERED.

15  Dated:  **July 12, 2024**
16          /s/ Dale A. Drozd
    DALE A. DROZD
17      UNITED STATES DISTRICT JUDGE

18
19
20
21
22
23
24
25
26
27
28