# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DANIEL ADERHOLT,**

CASE NO: **2:23–CV–01680–DAD–DB**

v.

**JIM COOPER,**

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/15/2024**

**Keith Holland**
Clerk of Court

ENTERED:  **July 15, 2024**

by:  /s/  L. Mena–Sanchez
Deputy Clerk